

**Garson, Segal, Steinmetz, Fladgate LLP**

Robert Garson ◊
Thomas Segal ^
Michael Steinmetz *
Chris Fladgate °

Tel:  +1 (212) 380-3623
Fax: +1 (347) 537-4540

Additional Bar Memberships
◊ England and Wales
^ Paris
* New Jersey & Patent Bar
° Victoria (Australia)

Email: rg@gs2law.com

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaz
Central Islip, NY 11722-4438
By ECF and Fax: 631-712-5636

March 30, 2012

Re:     Cagan v. Gadman et al

        Civil Action No. 2:08-cv-03710-SJF-ARL (SJF) (ARL)

Dear Judge Feuerstein,

Further to the Order on the Motion for Partial Summary Judgment made by this Court on March 28, 2012, we respectfully request that the proposed date of hearing is adjourned to a convenient day after April 20, 2012. Both counsel for the Plaintiff are out of the country visiting their families over the Passover festival, and would greatly appreciate the court granting this accommodation.

Counsel for Defendant has consented to this adjournment. Subject to the Courts availability, counsel would like to suggest April 23, 30, or May 3, 4 for the hearing.

Yours Sincerely,

/s/ Robert Garson
Managing Partner

cc: reynoldmauro@yahoo.com via ECF

1